Floyd BYRD. v. STATE. (No. 12522.)

Court of Criminal Appeals of Texas. March 20, 1929.

Murchison & Davis, of Haskell, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is manslaughter; the punishment confinement in the penitentiary for three years. No statement of facts or bills of exception appear in the record. No question is presented for review.
The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

Jack DAVIS v. STATE. (No. 12437.)

Court of Criminal Appeals of Texas. April 3, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for robbery; punishment, five years in the penitentiary. The record is here without any statement of facts or bill of exceptions. The indictment, the charge of the court, the judgment, and sentence are regular.
No error appearing, the judgment will be affirmed.

■

J. B. FARE v. STATE. (No. 12595.)

Court of Criminal Appeals of Texas. April 10, 1929.

Smith & Smith, of Anson, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquors; penalty, two years in the penitentiary. In response to a request contained in a written motion duly executed and sworn to by appellant, this appeal is dismissed.
Appeal dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

F. J. FOLTIN, Jr., v. STATE. (No. 12463.)

Court of Criminal Appeals of Texas. April 10, 1929.

Crabb, Dobson & Smith, of Houston, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for disposing of mortgaged property; punishment, two years in the penitentiary. The record is before this court without any statement of facts or bills of exception. The indictment appears to be regular, and is followed by the charge of the court, and the judgemnt and sentence.
No error appearing, the judgment will be affirmed.

■

Jim HINTON v. STATE. (No. 12588.)

Court of Criminal Appeals of Texas. April 10, 1929.

C. R. Goslin, of Houston, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for disposing of mortgaged property with intent to defraud; punishment being two years in the penitentiary. Appellant has filed his affidavit requesting the court to dismiss his appeal.
In compliance with such request, the appeal is dismissed.